# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MURPHY, | CASE NO. 1:10-cv-01739 AWI SKO |
| Plaintiff, | **ORDER REGARDING SCHEDULING CONFERENCE** |
| v. | |
| DENNIS WILLARD dba SQUAW VALLEY SPORT SHOP, and DOES 1 through 10, | (Docket No. 8) |
| Defendant. | |

On January 4, 2011, the parties filed a Notice of Settlement. (Doc. 6.) On February 4, Plaintiff Brian Murphy filed a "Motion to Schedule the Case." (Doc. 8.) Plaintiff represents that the parties have been unable to finalize the settlement agreement due to a dispute over its terms. (Doc. 8, at 3.) Although the parties are continuing to work toward settlement, Plaintiff requests that the Court set a Scheduling Conference pursuant to Federal Rules of Civil Procedure 16(b).

Plaintiff's request will be granted. The requirements for the Scheduling Conference were set forth by court order on September 22, 2010. The parties should refer to that order for purposes of preparing for the Scheduling Conference.

1  Accordingly, IT IS HEREBY ORDERED THAT a Scheduling Conference will be held on
2  **April 19, 2011, at 9:30 a.m.**, in Courtroom 8 of the above entitled Court.

4  IT IS SO ORDERED.

5  **Dated:   February 7, 2011**             /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE