SCOTT T. SHIBAYAMA, Bar No. 173571
VISION LAW CORPORATION
1380 Lead Hill Blvd., Ste. 106
Roseville, CA 95661
Telephone:  916.780.1920
Facsimile:  916.780.1921
scott@visionlaw.com

Attorneys for Defendant Dennis Willard

MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.9171
Facsimile: 866.365.3051

Attorneys for Plaintiff Brian Murphy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MURPHY, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>DENNIS WILLARD D.B.A. SQUAW VALLEY SPORT SHOP, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:10-cv-01739-AWI-SKO<br><br>**ORDER RE STIPULATION FOR INTRA-DISTRICT TRANSFER OF VENUE FROM FRESNO TO SACRAMENTO PURSUANT TO EASTERN DISTRICT LOCAL RULE 120(f)** |

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

   1.   The action is hereby transferred from the Fresno courthouse to the Sacramento courthouse; and

2. All items currently on calendar are hereby vacated.

IT IS SO ORDERED.

Dated: **March 25, 2011**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE